UNITED STATES of America, Appellant, v. John S. FLANNERY, and American Security and Trust Company, Executors under Last Will and Testament of William B. Hibbs, deceased, Appellees.

SAME v. Ada Bain SPAID and William Spaid, Executors under the Last Will and Testament of W. W. Spaid, deceased, Appellees.

Nos. 4487, 4488.

Circuit Court of Appeals, Fourth Circuit.

Aug. 28, 1939.

Thomas G. Carney, Sp. Asst. to Atty. Gen. (Sewall Key, Sp. Asst. to Atty. Gen., and Bernard J. Flynn, U. S. Atty., of Baltimore, Md., on the brief), for appellant.

George E. Elliott, of Washington, D. C. (C. L. Aiello, of Washington, D. C., McKenney, Flannery & Craighill and Mohun & Elliott, all of Washington, D. C., on the brief), for appellees.

Before PARKER and NORTHCOTT, Circuit Judges, and H. H. WATKINS, District Judge.

316

PER CURIAM.

Careful consideration of the questions involved in these cases convinces us that the decisions below were correct for reasons adequately stated in the opinions of the District Judge. Flannery v. United States, 25 F.Supp. 677; Spaid v. United States, 28 F.Supp. 670. As nothing could be added by further discussion of the questions, in the decision of which the lower court followed decisions of the Second Circuit (Helvering v. Archbald, 70 F.2d 720, Helvering v. Walbridge, 70 F.2d 683), the opinions of the District Judge are adopted as the opinions of this Court.

Affirmed.